```
VARMA & CLANCY
Attorneys at Law
Bob N. Varma (SBN 173508)
5217 Orchid Ranch Way
Elk Grove, CA 95757


Attorneys for
KATHERINE G.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE G., A minor, By and Through CYNTHIA G., Her Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br>Defendants. | CASE NO.<br><br>PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND ORDER APPOINTING GUARDIAN AD LITEM |

  Petitioner Katherine G. alleges that she is a minor under the age of twelve, who was born on December 26, 1994.

  Petitioner, Plaintiff in the above-entitled case, brings this action as an original action for attorney's fees and costs under the Individuals with Disabilities Education Act, 20 U.S.C. 1415.

  Petitioner has no general Guardian, and no previous Petition for Appointment of a Guardian Ad Litem has been filed in this matter.

  Cynthia G. is the parent of Petitioner and is competent to act as Guardian Ad Litem.

  WHEREFORE, Petitioner prays that she, Cynthia G. be appointed as Guardian Ad Litem for Petitioner.

//

//

Katherine G. et al. v. Kenfield Sch. Dist. et al.
Case No. Unassigned
Petition for Appointment of Guardian ad Litem & Order Thereon   Page -1-

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: _____
                                    Katherine G.

## CONSENT OF NOMINEE

I, Cynthia G., the nominee of Plaintiff, consent to act as Guardian Ad Litem for the minor Plaintiff in the above-entitled action.

Dated: _____
                                    Cynthia G.

## ORDER APPOINTING GUARDIAN AD LITEM

The Court having considered the petition of Katherine G. for the appointment of Guardian Ad Litem for Petitioner, a minor, who is Plaintiff in the above-captioned action, and good cause appearing,

IT IS ORDERED that Cynthia G. be appointed Guardian Ad Litem for Katherine G. in the above-captioned action.

Dated: _____
                                    JUDGE OF DISTRICT COURT

Katherine G. et al. v. Kenfield Sch. Dist. et al.
Case No. Unassigned
Petition for Appointment of Guardian ad Litem & Order Thereon         Page -2-