VARMA & CLANCY
Attorneys at Law
Bob N. Varma (SBN 173508)
Geralyn M. Clancy (SBN 173401)
5217 Orchid Ranch Way
Elk Grove, CA 95757
Phone: (916) 687-3703
Fax: (916) 687-3706
email: bvarma@varmaclancy.com

Attorneys for
Katherine G.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE G., A minor, By and Through CYNTHIA G., Her Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25 <br><br> Defendants. | CASE NO. <br><br> ADMINISTRATIVE MOTION TO FILE UNDER SEAL <br><br> Memorandum of Points and Authorities Contained Herein and Declaration in Support of Application Filed Concurrently Herewith |

On behalf of Plaintiff Katherine G., by and through her Guardian Ad Litem, Cynthia G., Bob N. Varma of Varma & Clancy, counsel for Plaintiff, hereby moves this Court for an order allowing Plaintiff and her Guardian Ad Litem to file under seal Plaintiff's Declaration of Counsel Bob N. Varma. The declaration of counsel contains the full name of Plaintiff, who is a disabled minor, the full name of her Guardian Ad Litem, and other personally identifiable information pertaining to Plaintiff or Guardian Ad Litem. This motion is based upon all papers and pleadings filed in this matter, the following memorandum of points and authorities, and the separately filed Declaration of Counsel, which reveals the full names of Plaintiff and his Guardian Ad Litem.

//

MEMORANDUM OF POINTS AND AUTHORITIES

The instant case is filed against Defendants KENTFIELD SCHOOL DISTRICT, and MARIN COUNTY OFFICE OF EDUCATION pursuant to the Individuals with Disabilities Education Act (*hereinafter* "IDEA"). (*See generally* 20 U.S.C. §§1400 et seq.). As alleged in the complaint, Plaintiff is an eleven year old child with a disability. Plaintiff and her Guardian Ad Litem seek to file under seal certain documents identified herein so that Plaintiff's privacy rights will be protected. The Declaration of Counsel contains the full name of Plaintiff, who is a disabled minor and has privacy rights as such. Moreover, the Declaration of Counsel contains the full name of her parent-Guardian Ad Litem and other personally identifiable information pertaining to Plaintiff or Guardian Ad Litem.

Plaintiff, as a minor elementary school student and a child with a disability, has a constitutionally and statutorily protected privacy interest in avoiding disclosure of personal matters, such as educational records and medical records. (*See e.g.* Norman-Bloodsaw v. Lawrence Berkeley Laboratory, 138 F.3d 1260, 1273-74 (9th Cir. 1998) (constitutional right to privacy). The statutory protections are guaranteed by the IDEA and the federal regulations promulgated thereunder (34 C.F.R. §§300.560-576 (confidentiality of student's records)), as well as the Family Educational Rights and Privacy Act of 1974 (*hereinafter* "FERPA"), as amended, Section 1232g(b) of Title 20 of the United States Code and the federal regulations promulgated thereunder, commencing at Section 99.1 of Title 34 of the Code of Federal Regulations (20 U.S.C. §1232g(b); 34 C.F.R. §§ 99.1 *et seq.* (Subparts A and D)). The phrase "personally identifiable information" is defined similarly, both in the IDEA regulations and FERPA regulations, as including the student's name, the student's address, the name of the student's parent or other family member, a personal identifier, such as a social security number or student number, a list of personal characteristics or other information that would make it possible to identify the student. (*See* 34 C.F.R. §300.500 (IDEA); *see also* 34 C.F.R. §99.3 (FERPA).).

Defendants will not be prejudiced by allowing Plaintiff to file under seal the Declaration of Counsel, which contains the full names of Plaintiff and his Guardian Ad Litem.

Although the public generally has an interest in the actions brought before the federal courts,

1 Plaintiff's privacy interest outweighs the public interest, and the public has no interest in the identity
2 of the named Plaintiff that outweighs the Plaintiff's interest in keeping sensitive information
3 confidential.
4     Accordingly, Plaintiff requests that the Court enter an order that Plaintiff be allowed to file
5 the Declaration of Counsel because this documents contain the full names of Plaintiff and her
6 Guardian Ad Litem as well as other "personally identifiable" information.

        Respectfully Submitted,

        VARMA & CLANCY
        Attorneys for Plaintiff Katherine G.

Dated: October 16, 2006    By: _____
        Bob N. Varma