UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHERINE G.,

    Plaintiff,

    v.

KENTFIELD SCHOOL DISTRICT, et al.,

    Defendants.
_____/

No. C 06-6497 PJH

**ORDER**

Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Saundra B. Armstrong, for a determination whether it is related to <u>Katherine G. v. Kentfield School District</u>, Case No. C-01-1344 SBA (filed under seal). Plaintiff in the present action seeks an award of attorney's fees and costs for work performed on the earlier action.

**IT IS SO ORDERED.**

Dated: October 19, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge