IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE G., A Minor, By and Through CYNTHIA G., Her Guardian ad Litem,<br><br>  Plaintiff,<br><br>v.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br>  Defendants. | CASE NO.<br><br>(PROPOSED) ORDER |

The Administrative Motion to File Under Seal submitted by Plaintiff Katherine G., by and through his Guardian Ad Litem, Cynthia G., came before this Court. Plaintiff sought to file under seal the Declaration of Counsel Bob N. Varma. Plaintiff's Administrative Motion to File Under Seal, the memorandum of points and authorities, and the Declaration of Counsel Bob N. Varma having been considered, and good cause appearing,

//
//
//
//
//

IT IS SO ORDERED that Plaintiff's Declaration of Counsel Bob N. Varma be filed under seal.

DATED: _____

U.S. DISTRICT COURT JUDGE

Presented by:

_____
Bob N. Varma
Attorney for Plaintiff Katherine G.