IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE G., A minor,<br>By and Through CYNTHIA G.,<br>Her Guardian Ad Litem,<br><br>  Plaintiff,<br><br>v.<br><br>KENTFIELD SCHOOL DISTRICT,<br>MARIN COUNTY OFFICE OF<br>EDUCATION, and DOES 1-25,<br>  Defendants.<br>_____/ | CASE NO.<br><br>(PROPOSED) ORDER |

The Administrative Motion to Proceed Under Pseudonym submitted by Plaintiff Katherine G., by and through her Guardian Ad Litem, Cynthia G., came before this Court. Plaintiff's Administrative Motion to Proceed Under Pseudonym, the memorandum of points and authorities, and the Declaration of Counsel Bob N. Varma having been considered, and good cause appearing,

//
//
//
//

IT IS SO ORDERED that Plaintiff and her Guardian Ad Litem may proceed under a pseudonym "Katherine G." and "Cynthia G.," respectively.

DATED: _____

U.S. DISTRICT COURT JUDGE

Presented by:

_____
Bob N. Varma
Attorney for Plaintiff Katherine G.