IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE G., A minor, By and Through CYNTHIA G., Her Guardian Ad Litem,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br><br>　　　　　Defendant.<br>_____/ | CASE NO.<br><br>(PROPOSED) ORDER APPOINTING GUARDIAN AD LITEM |

　　The Court having considered the *Ex Parte* Motion of Cynthia G. for the appointment of Guardian Ad Litem for Plaintiff, a disabled minor, in the above-captioned action, and good cause appearing,

　　IT IS SO ORDERED that Cynthia G. be appointed Guardian Ad Litem for Katherine G.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

1  Presented by:
2
3  _____
   Bob N. Varma
4  Attorney for Plaintiff Katherine G.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28