UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

K.G., A Minor By and Through Cynthia G., her Guardian ad Litem Plaintiff(s),

v.

KENTFIELD SCHOOL DISTRICT et al.
                Defendant(s).

Case No. CV 06-06497 SBA

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/24/07

Dated: 4/25/07

[Party] Susan Spain for Marin County Office of Education

[Counsel]

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com