## Kimberly Smith

| | |
|---|---|
| **From:** | Kimberly Smith |
| **Sent:** | Thursday, April 26, 2007 8:09 AM |
| **To:** | 'ADR@cand.uscourts.gov' |
| **Cc:** | 'bvarma@varmaclancy.com'; 'SBApdf@cand.uscourts.gov' |
| **Subject:** | K.G. v. Kentfield School District et al; CV 06-06497 SBA |
| **Attachments:** | CANON-01-Exchange-04262007-075059.pdf |

Dear Sir/Madam:

I am the attorney for the defendants in the above referenced action. Yesterday, a stipulation for an ENE was filed by plaintiffs' counsel when it should not have been.

In my meet and confer with plaintiffs' counsel, Bob Clancy, I advised him that my clients wanted a settlement conference as their early ADR. Yesterday, I was unable to access any of the Court's forms online. Thus, Mr.Clancy read me the stipulation form over the phone, advising me that we could not request a settlement conference and the choices were arbitration, mediation or ENE. He neglected to read me the parenthetical comment under the ADR choices which states that a settlement conference can be requested using the Notice of Need for ADR Phone Conference. Because the ENE appeared to be the closest thing to a settlement conference I agreed to that option. When he faxed me the stipulation to sign, the copy was so poor, I could not read it and relied solely on what he had read me over the phone.

This morning, I was able to access the forms online and saw the parenthetical comment mentioned above. I have therefore faxed the attached form to Mr. Clancy and asked that he execute it in accordance with our agreement. In the meantime, I would request that the court not set an ENE in this case as it does not comport with the ADR requested by my clients.

Please feel free to contact me if you have any questions.

Kimberly A. Smith
Fagen Friedman & Fulfrost, LLP
6300 Wilshire Blvd.
17th Floor
Los Angeles, CA 90048-5219
Direct: (323) 330-6315
Main Phone: (323) 330-6300
Main Fax: (323) 330-6311
E-mail: ksmith@fagenfriedman.com
Web: www.fagenfriedman.com

This email is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the email and notify us immediately.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

K.G., a minor by and through Cynthia G., her
Guardian ad Litem

               Plaintiff(s),

               v.

KENTFIELD SCHOOL DISTRICT, MARIN
COUNTY OFFICE OF EDUCATION et al.

               Defendant(s).
_____/

CASE NO. CV 06-06497 SBA

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

       have not yet reached an agreement to an ADR process
✓     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 16, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Bob Varma | Plaintiffs | (916) 687-3703 | bvarma@varmaclancy.com |
| Kimberly Smith | Defendants | (323) 330-6300 | ksmith@fagenfriedman.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April 26, 2007

                                                  Attorney for Plaintiff

Dated: April 26, 2007

                                                  Attorney for Defendant

Rev 12.05