**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL CASE MANAGEMENT CONFERENCE MINUTES**</u>

**Date: 5/16/07**

**C-06-06497 SBA**          **JUDGE:** <u>**SAUNDRA BROWN ARMSTRONG**</u>

**Title: G.** vs. **KENTFIELD SCHOOL DISTRICT ET AL**
**Atty.:** <u>**BOB VARNER**</u>                    <u>**JAN TOMS**</u>

**Deputy Clerk:  Lisa R. Clark**          **Court Reporter:** <u>    N/R    </u>
<u>**PROCEEDINGS**</u>
Plt    DFT
( )  ( ) **1.** <u>**TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**</u>
( )  ( ) **2.** _____
( )  ( ) **3.** _____
( )  ( ) **4.** _____
( ) **Motion(s)    ( ) Granted        ( ) Denied        ( ) Off Calendar**
              **( ) Granted/Part  ( ) Denied/Part  ( ) Submitted**
( ) **Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court**

**RESULT OF CASE MANAGEMENT CONFERENCE**
**Case Continued to_____for a Telephone Case Management Conference at  p.m.**
**Case Continued to_____for  OSC RE:_____**
**Case Continued to_____for_____Motion Hearing**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**General Discovery Cut-off_____Expert Discovery Cut-off_____**
**Plft to name Experts by_____Deft to name Experts by_____**
**All Dispositive Motions to be heard by ( Motion Cut-off)_____**
**Case Continued to_____for Pretrial Conference at 1:00 p.m.**
**Pretrial Papers Due_____Motions in limine/objections to evidence due_____Responses**
**to motions in limine and/or responses to objections to evidence due_____**
**Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.**
**(X)  REFERRED  TO  MAGISTRATE** <u>**JAMES**</u>    **FOR  A  EARLY  SETTLEMENT**
**CONFERENCE**
**( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
 **Notes:** <u>PARTIES CONSENTED TO HAVE THIS CASE REASSIGNED TO A MAGISTRATE</u>
<u>JUDGE  FOR  ALL  FURTHER  PROCEEDINGS;  PARTIES  CONSENTED  TO  A  EARLY</u>
<u>SETTLEMENT CONFERENCE BEFORE MAGISTRATE JAMES.</u>
cc: WINGS HOM VIA FAX