UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Katherine G., et al.                                    No. C06-6497 EMC

        Plaintiff,

    v.                                                **ORDER OF RECUSAL**

Kentfield School District, et al.,

        Defendants.
_____/

    This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

    IT IS SO ORDERED.

Dated: May 24, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge