**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                              415.522.2000

# May 29, 2007

**CASE NUMBER: CV 06-06497 EMC**
**CASE TITLE:  G.-v-KENTFIELD SCHOOL DISTRICT ET AL**

<u>AMENDED REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the SAN FRANCISCO division.

**Honorable BERNARD ZIMMERMAN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **BZ** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 05/29/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                      Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects
Log Book Noted                                    Entered in Computer 05/29/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA