UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHERINE G, et al., | ) | |
| Plaintiff(s), | ) | No. C06-6497 BZ |
| v. | ) | **NOTICE SETTING** |
| | ) | **STATUS CONFERENCE** |
| KENTFIELD SCHOOL DISTRICT, et al., | ) | |
| Defendant(s). | ) | |

**PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, June 18, 2007 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: May 30, 2007



Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\KATHERINE G\ORDER SETTING STATUS CONF.wpd