**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **6/18/2007**

**C06-6497 BZ**

**K.G. v. Kentfield School District, et al.**

Attorneys:   Bob Varma   Kimberly A. Smith

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Counsel requested that hearing occur off the record.**

**PROCEEDINGS:**                                                                **RULING:**

1. Case Management Conference                                        Matter Held
2. _____                         _____
3. _____                         _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Court will order a settlement conference before a magistrate judge. Conference to occur within 60 days, or as soon as schedule permits. Last day for dispositive motion, 10/31/2007 at 10:00 a.m. Court trial set for 3/10/2008 at 8:30 a.m. Trial set for one day.

( XX ) ORDER TO BE PREPARED BY:   Plntf ____ Deft ____ Court  XX

(    ) Referred to Magistrate Judge for a Settlement Conference to occur as soon as schedule permits.
       (   ) By Court       (   ) Parties to approach Magistrate in future
(   ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -                           Trial Date-
                                                Type of Trial:

Notes:_____