IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE G., A minor, By and Through CYNTHIA G., Her Guardian Ad Litem,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br><br>　　　　　Defendant.　　　　　　／ | CASE NO. C-06-6497 BZ (MEJ)<br><br>(PROPOSED) ORDER APPOINTING GUARDIAN AD LITEM |

　　　The Court having considered the *Ex Parte* Motion of Cynthia G. for the appointment of Guardian Ad Litem for Plaintiff, a disabled minor, in the above-captioned action, and good cause appearing,

　　　IT IS SO ORDERED that Cynthia G. be appointed Guardian Ad Litem for Katherine G.

Dated: _____    _____
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

_____
Katherine G. v. Kentfield School District et al;
Case No. C-06-6497 BZ (MEJ)
(Proposed) Order Appointing Guardian ad Litem　　　　　　　　　　　　　　Page 1 of 2

1
2  Presented by:
3
4    /s/ Bob N. Varma
   Bob N. Varma
5  Attorney for Plaintiff Katherine G.

Katherine G. v. Kentfield School District et al;
Case No. C-06-6497 BZ (MEJ)
(Proposed) Order Appointing Guardian ad Litem          Page 2 of 2