

# Fagen Friedman & Fulfrost LLP

Peter K. Fagen
Howard A. Friedman
Howard J. Fulfrost
Melanie A. Petersen
Laurie S. Juengert
Lenore Silverman
Laurie E. Reynolds
Kimberly A. Smith
Deborah R. G. Cesario
James B. Fernow
Christopher D. Keeler
Jan E. Tomsky
Jonathan P. Read
Christopher J. Fernandes
Ricardo R. Silva
Wesley B. Parsons

Sophie Castillo Agopian
Lee G. Rideout
Joel B. Mason
Gretchen M. Shipley
William F. Schuetz, Jr.
Shawn Olson Brown
Kelly R. Minnehan
Angela Gordon
Jennifer R. Rowe
Joshua A. Stevens
Emily E. Ross
Rachel C. Disario
Emilia C. Huntley
Dean T. Adams
Summer D. Dalessandro
Vivian L. Haun
Tiffany M. Santos
L. Carlos Villegas
Vivian R. Anaya
Elise Kirsten
Sarah S. Orman
Susan Park
Kerrie E. Taylor

Diana McDonough
 Of Counsel

July 25, 2007

Kimberly A. Smith
Direct Dial: 323-330-6315
ksmith@fagenfriedman.com

Via Electronic Filing and E-Mail to:
mejpo@cand.uscourts.gov

Honorable Judge Maria-Elena James
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Brenda Tolbert
Courtroom Deputy Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   <u>K.G. v. Kentfield School District et al.</u>
      U.S. District Court Case No. CV 06-06497 BZ

Dear Judge James and Ms. Tolbert:

We are writing to request that the Court reschedule the settlement conference in the above-referenced matter, which is currently scheduled for August 8, 2007 at 10:00 a.m.

We recently learned that defendants Kentfield School District and Marin County Office of Education ("Defendants") are not able to attend on the scheduled date. We first contacted opposing counsel, Bob Varma, and advised that we would have to reschedule. We then attempted to contact the Deputy Clerk, in accordance with your standing order, to obtain a new date.

My legal assistant, Sandra Ward, called the Court once each day on July 23, 24, and 25, 2007. Each time, she left a message requesting a return phone call. Despite our efforts, we have not yet received a return phone call from the Court. Therefore, Defendants request that you contact our office at your earliest convenience to reschedule the settlement conference. In the meantime, please consider this Defendants' notice that they cannot attend on August 8, 2007.

Thank you for your assistance with this matter.

Sincerely,

FAGEN FRIEDMAN & FULFROST, LLP

*Kimberly A. Smith*

Kimberly A. Smith
KAS/TMS:cd 00216.00100/36991.1