

# Fagen Friedman & Fulfrost LLP

Peter K. Fagen
Howard A. Friedman
Howard J. Fulfrost
Melanie A. Petersen
Laurie S. Juengert
Lenore Silverman
Laurie E. Reynolds
Kimberly A. Smith
Deborah R. G. Cesario
James B. Fernow
Christopher D. Keeler
Jan E. Tomsky
Jonathan P. Read
Christopher J. Fernandes
Ricardo R. Silva
Wesley B. Parsons

Sophie Castillo Agopian
Lee G. Rideout
Joel B. Mason
Gretchen M. Shipley
William F. Schuetz, Jr.
Shawn Olson Brown
Kelly R. Minnehan
Angela Gordon
Jennifer R. Rowe
Joshua A. Stevens
Emily E. Ross
Rachel C. Disario
Emilia C. Huntley
Dean T. Adams
Summer D. Dalessandro
Vivian L. Haun
Tiffany M. Santos
L. Carlos Villegas
Vivian R. Anaya
Elise Kirsten
Sarah S. Orman
Susan Park
Kerrie E. Taylor

Diana McDonough
Of Counsel

August 14, 2007

Kimberly A. Smith
Direct Dial: 323-330-6315
ksmith@fagenfriedman.com

Via Electronic Filing and E-Mail to:
mejpo@cand.uscourts.gov

Honorable Judge Maria-Elena James
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:     K.G. v. Kentfield School District et al.
        U.S. District Court Case No. CV 06-06497 BZ

Dear Judge James:

Our office represents defendants Kentfield School District and Marin County of Education in the above-referenced matter. We were informed by Ms. Tolbert on August 10, 2007, that a letter confirming all parties agreement to the rescheduled settlement conference date would suffice for purposes of rescheduling and that no stipulation is necessary.

As such, by this letter we confirm that all parties have agreed that the settlement conference in the above-referenced matter, originally scheduled for August 8, 2007, will now be scheduled for October 23, 2007, at 10:00 a.m.

Thank you.

Sincerely,

FAGEN FRIEDMAN & FULFROST, LLP

Kimberly A. Smith
KAS/TMS:cd