UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHERINE G, et al., | ) | |
| Plaintiff(s), | ) | No. C06-6497 BZ |
| v. | ) | **ORDER RE: PLAINTIFFS'** |
| KENTFIELD SCHOOL DISTRICT, et al., | ) | **ADMINISTRATIVE MOTIONS** |
| Defendant(s). | ) | |

On October 17, 2006, plaintiffs filed an administrative motion to proceed under pseudonym, Docket No. 4, and a related administrative motion to file documents under seal. Docket No. 5. The matter having been reassigned several times, and in light of the passage of time, it is unclear whether these motions were ruled on or have otherwise been rendered moot. Therefore, **IT IS ORDERED** that plaintiffs will, by **Wednesday, August 29, 2007**, either re-notice the motions or file a

///

///

///

1

1 | request to withdraw them.
2 | Dated: August 22, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

2