UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATHERINE G, et al., | ) | |
| Plaintiff(s), | ) | No. C06-6497 BZ |
| v. | ) | **ORDER DEEMING ADMINISTRATIVE MOTIONS WITHDRAWN** |
| KENTFIELD SCHOOL DISTRICT, et al., | ) | |
| Defendant(s). | ) | |

On August 22, 2007, I ordered plaintiff to either re-notice or file a request to withdraw an administrative motion to proceed under a pseudonym, Docket No. 4, and a related administrative motion to file documents under seal, Docket No. 5, by August 29, 2007.  Plaintiff did neither.  Therefore, I deem the motions to proceed under a pseudonym and to file documents under seal **WITHDRAWN** by the plaintiff.

Dated: September 5, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\KATHERINE G\ORDER.DEEMING.ADMINISTRATIVE.MOTIONS.WITHDRAWN.wpd

1