

# Fagen Friedman & Fulfrost LLP

Peter K. Fagen
Howard A. Friedman
Howard J. Fulfrost
Melanie A. Petersen
Laurie S. Juengert
Lenore Silverman
Laurie E. Reynolds
Kimberly A. Smith
Deborah R. G. Cesario
James B. Fernow
Christopher D. Keeler
Jan E. Tomsky
Jonathan P. Read
Christopher J. Fernandes
Ricardo R. Silva
Wesley B. Parsons

Sophie Castillo Agopian
Lee G. Rideout
Joel B. Mason
Gretchen M. Shipley
William F. Schuetz, Jr.
Shawn Olson Brown
Kelly R. Minnehan
Angela Gordon
Jennifer R. Rowe
Joshua A. Stevens
Emily E. Ross
Rachel C. Disario
Emilia C. Huntley
Dean T. Adams
Summer D. Dalessandro
Vivian L. Haun
Tiffany M. Santos
L. Carlos Villegas
Vivian R. Anaya
Elise Kirsten
Sarah S. Orman
Susan Park
Kerrie E. Taylor

Diana McDonough
  Of Counsel

September 19, 2007

Kimberly A. Smith
Direct Dial: 323-330-6315
ksmith@fagenfriedman.com

Via Electronic Filing and Facsimile

Honorable Judge Maria-Elena James
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:    K.G. v. Kentfield School District et al.
       U.S. District Court Case No. CV 06-06497 BZ

Dear Judge James:

Our office represents defendants Kentfield School District and Marin County of Education in the above-referenced matter. This matter was scheduled for a settlement conference on October 23, 2007, at 10:00 a.m.

On September 12, our office received a call from Brenda Tober indicating that the conference needs to be rescheduled. This letter will confirm our conversation with Ms. Tober today that the parties have agreed to October 31, 2007, at 10:00 a.m. for the conference. Thank you for your assistance in rescheduling this matter.

Thank you.

Sincerely,

FAGEN FRIEDMAN & FULFROST, LLP

Kimberly A. Smith
KAS/sw

6300 Wilshire Boulevard  Suite 1700  Los Angeles  California 90048  Tel 323.330.6300  Fax 323.330.6311
1 Civic Center Drive  Suite 300  San Marcos  California 92069  Tel 760.304.6000  Fax 760.304.6011
6300 Wilshire Boulevard, Suite 1700, Los Angeles, California  90048    Main: 323-330-6300    Fax: 323-330-6311
70 Washington Street  Suite 205  Oakland  California 94607  Tel 510.550.8200  Fax 510.550.8211
www.fagenfriedman.com