Jan E. Tomsky, SBN 173131
jtomsky@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California  90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendants KENTFIELD
SCHOOL DISTRICT and MARIN COUNTY
OFFICE OF EDUCATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. G., a minor by CYNTHIA G., Her Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION<br><br>Defendants. | CASE NO. CV 06-06497 BZ<br><br>**DEFENDANTS KENTFIELD SCHOOL DISTRICT AND MARIN COUNTY OFFICE OF EDUCATION'S CERTIFICATION REGARDING SUPPLEMENTATION OF DISCLOSURES AND DISCOVERY** |

Pursuant to the Order Scheduling Court Trial and Pretrial Matters dated June 19, 2007, Defendants KENTFIELD SCHOOL DISTRICT and MARIN COUNTY OFFICE OF EDUCATION (collectively "Defendants"), hereby certify that no supplementation of disclosures or discovery is necessary.

/ / /

/ / /

/ / /

/ / /

/ / /

00216.00100/46130.1                                                    C06-06497-SBA

1  Thus, Defendants certify that supplementation of all disclosures and discovery has been
2  completed.
3
4  DATED: October 5, 2007                FAGEN FRIEDMAN & FULFROST, LLP
5
6                                         By:   /s/ Jan E. Tomsky
7                                               Jan E. Tomsky
                                                Attorneys for Defendants KENTFIELD SCHOOL
8                                               DISTICT and MARIN COUNTY OFFICE OF
                                                EDUCATION