UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

CIVIL MINUTE ORDER

DATE: October 31, 2007
TITLE: K.G. -v- Kentfield Sch. Dist.                          CASE #: C-06-6497 BZ

APPEARANCES:

FOR PLAINTIFF:                                FOR DEFENDANT:

Bob N. Varma                                  Bonnie A. Freeman

Deputy Clerk: Brenda Tolbert                  FTR:

PROCEEDINGS:
\_\_\_\_ Case Management
\_\_\_\_ Further Case Management
\_\_\_\_ Status Conference
\_\_\_\_ Pretrial Conference
  X  Settlement Conference (Length: 1.5 hrs)
\_\_\_\_ Evidentiary Hearing
\_\_\_\_ Examination of Judgment Debtor
\_\_\_\_ Motions
\_\_\_\_ Other:

ORDER/RESULTS:

Settlement Conference Held.   Parties Unable to Settle.

Case Continued To:_____     For:_____
Case Referred To:_____      For:_____

ORDER TO BE PREPARED BY:

cc: Chambers File, Chris, Brenda,  Other: