Jan E. Tomsky, SBN 173131
jtomsky@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendants KENTFIELD
SCHOOL DISTRICT and MARIN COUNTY
OFFICE OF EDUCATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| K.G., A minor, By and Through CYNTHIA G., Her Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br><br>Defendants. | CASE NO. C 06-06497 BZ<br><br>**STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER**<br><br>[Civil Local Rules 6-2; 7-12]<br><br>*Filed concurrently with Declaration of Kimberly A. Smith in Support of Stipulation to Continue Dates* |

Pursuant to United States District Court Northern District Civil Local Rules 6-2 and 7-12, the parties to the above-captioned action submit this stipulation to request an order changing the time of trial and related deadlines in this matter as follows:

/ / /

/ / /

/ / /

00216.00100/50494.1                                                                                                 CASE NO. C 06-06497 BZ

STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER
AND PROPOSED ORDER

1  Whereas, on October 17, 2006, Plaintiff K.G., by and through Cynthia G. ("Plaintiff") filed
2  her Complaint in this matter;
3  Whereas, on June 19, 2007, the Court issued its Order Setting Court Trial and Pretrial
4  Matters, which set the following dates and deadlines:

| | |
|---|---|
| Last day to hear dispositive motions | 10/31/2007 |
| Close of non-expert discovery | 11/5/2007 |
| Last day for expert disclosure | 11/26/2007 |
| Last day for expert discovery | 12/7/2007 |
| Pretrial Conference | 3/4/2008, 4:00 p.m. |
| Trial Date | 3/10/2008, 1 (one) day bench trial |

11  Whereas on June 25, 2007, the Court issued its Notice and Order Scheduling Settlement
12  Conference, which set a Settlement Conference for August 8, 2007 before Magistrate Judge
13  Maria-Elena James;
14  Whereas on July 25, 2007, Defendants Kentfield School District and Marin County Office
15  of Education ("Defendants") requested that the Court reschedule the settlement conference
16  because they were unable to attend on August 8, 2007;
17  Whereas on August 14, 2007, Plaintiff and Defendants (collectively the "parties"), agreed
18  with Judge James' clerk that the settlement conference originally scheduled for August 8, 2007,
19  would be rescheduled for October 23, 2007;
20  Whereas, at the time the conference was rescheduled, the Court advised the parties that no
21  earlier settlement conference date was available;
22  Whereas on September 12, 2007, counsel for Defendants received a call from courtroom
23  deputy clerk, Brenda Tolbert, indicating that the settlement conference would need to be
24  rescheduled;
25  Whereas the parties thereafter agreed that the settlement conference would be rescheduled
26  for October 31, 2007;
27  Whereas on October 31, 2007, the parties participated in a settlement conference but were
28  unable to reach a settlement in this matter;

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

1  Whereas the length of the delay between the original date of the scheduled settlement
2  conference, August 8, 2007, and the actual date the settlement conference was held, October 31,
3  2007, was approximately two months and three weeks;
4  Whereas the effect of the stipulated time modifications will be limited to a rescheduling of
5  all relevant dates to approximately ninety (90) days after their previously scheduled dates to
6  account for the delay in participating in the settlement conference;
7  The parties hereto stipulate as follows:
8  / / /
9  / / /
10 / / /

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

## STIPULATION

All dates and deadlines previously set by the court in this matter shall be continued as follows:

| Item | Old Date | New Date |
|---|---|---|
| 1. Last day to hear dispositive motions | 10/31/2007 | 1/31/2008 |
| 2. Close of non-expert discovery | 11/5/2007 | 2/4/2008 |
| 3. Last day for expert disclosure | 11/26/2007 | 3/28/2008 |
| 4. Last day for expert discovery | 12/7/2007 | 5/2/2008 |
| 5. Pretrial conference | 3/4/2008 | 6/3/2008 |
| 6. Trial date | 3/10/2008 | 8/11/2008 |

THE PARTIES SO STIPULATE:

DATED: November 8, 2007    VARMA & CLANCY

By: /s/ Bob N. Varma
Bob N. Varma
Attorneys for Plaintiff K.G.

DATED: November 8, 2007    FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Kimberly A. Smith
Kimberly A. Smith
Attorneys for Defendants KENTFIELD UNIFIED SCHOOL DISTRICT and MARIN COUNTY OFFICE OF EDUCATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court
Northern District of California

I, KIMBERLY A. SMITH, am the ECF User whose ID and password are being used to file this STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER. In compliance with General Order 45, X.B., I hereby attest that Plaintiff's counsel, Bob Varma has concurred in this filing.

DATED: November 8, 2007            FAGEN FRIEDMAN & FULFROST, LLP

By:   /s/ Kimberly A. Smith
      Kimberly A. Smith
      Attorneys for Defendants KENTFIELD UNIFIED
      SCHOOL DISTRICT and MARIN COUNTY
      OFFICE OF EDUCATION