Jan E. Tomsky, SBN 173131
jtomsky@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendants KENTFIELD
SCHOOL DISTRICT and MARIN COUNTY
OFFICE OF EDUCATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| K.G., A minor, By and Through CYNTHIA G., Her Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br><br>Defendants. | CASE NO. C 06-06497 BZ<br><br>**DECLARATION IN SUPPORT OF STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER**<br><br>[Civil Local Rule 6-2(a)]<br><br>*Filed concurrently with Stipulation to Continue Dates Previously Set by Court in Case Management Order* |

I, Kimberly A. Smith, hereby declare,

1. I am an attorney, duly licensed to practice before the courts of the State of California. I am a partner with the law firm of Fagen Friedman & Fulfrost, which represents Defendants Kentfield School District and Marin County Office of Education ("Defendants") in connection with the above-captioned matter.

2. I have personal knowledge of the facts contained herein and, if called upon to do so, could completely and competently testify thereto. I make this declaration in support of the parties' Stipulation to Continue Dates Previously Set by Court in Case Management Order and in accordance with the requirement of Civil Local Rule 6-2(a).

3. On October 17, 2006, Plaintiff filed her Complaint in this matter.

4. On June 19, 2007, the Court issued its Order Setting Court Trial and Pretrial Matters, which set the following dates and deadlines:

| | |
|---|---|
| Last day to hear dispositive motions | 10/31/2007 |
| Close of non-expert discovery | 11/5/2007 |
| Last day for expert disclosure | 11/26/2007 |
| Last day for expert discovery | 12/7/2007 |
| Pretrial Conference | 3/4/2008 at 4:00 p.m. |
| Trial Date | 3/10/2008, 1 (one) day bench trial |

5. On June 25, 2007, the Court issued its Notice and Order Scheduling Settlement Conference, which set a Settlement Conference for August 8, 2007 before Magistrate Judge Maria-Elena James.

6. On July 25, 2007, Defendants requested that the Court reschedule the settlement conference because they were unable to attend on August 8, 2007. Defendants include a public school district. As this date fell during the summer holiday, key personnel necessary for settlement were unavailable on the date assigned by the Court.

7. On August 14, 2007, the parties agreed to continue the settlement conference to October 23, 2007. This was the first date provided by the Court which was mutually available to the parties.

8. On September 12, 2007, I received a call from courtroom deputy clerk, Brenda Tolbert, indicating that the settlement conference would need to be rescheduled due to a conflict for Judge James. After consulting with counsel for Plaintiff, my office rescheduled the settlement conference for October 31, 2007.

9. On October 31, 2007, the parties participated in a settlement conference but were unable to reach a settlement in this matter.

/ / /

/ / /

/ / /

10. Defendants had hoped that the parties could settle this matter and will continue to make efforts to do so. However, Defendants will also now begin the work necessary to either file a dispositive motion or prepare this case for trial. Such work was previously held, until the parties could meet for a settlement conference, so that Defendants did not unnecessarily expend their resources. Thus, the Defendants assert that there is a good faith basis for requesting a continuance of the trial and related dates at this time.

I declare, under the penalty of perjury, pursuant to the laws of the State of California and the United States, that the foregoing is true and correct. Executed this 8th day of November, 2007 at Los Angeles, California.

   /s/ Kimberly A. Smith
      Kimberly A. Smith

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311