Jan E. Tomsky, SBN 173131
jtomsky@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendants KENTFIELD
SCHOOL DISTRICT and MARIN COUNTY
OFFICE OF EDUCATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| K.G., A minor, By and Through CYNTHIA G., Her Guardian Ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br><br>Defendants. | CASE NO. C 06-06497 BZ<br><br>**STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER**<br><br>[Civil Local Rules 6-2; 7-12]<br><br>*Filed concurrently with Declaration of Kimberly A. Smith in Support of Stipulation to Continue Dates* |

Pursuant to United States District Court Northern District Civil Local Rules 6-2 and 7-12, the parties to the above-captioned action submit this stipulation to request an order changing the time of trial and related deadlines in this matter as follows:

/ / /

/ / /

/ / /

00216.00100/50494.1                                                                                                  CASE NO. C 06-06497 BZ

STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER
AND PROPOSED ORDER

1  Whereas, on October 17, 2006, Plaintiff K.G., by and through Cynthia G. ("Plaintiff") filed
2  her Complaint in this matter;
3  Whereas, on June 19, 2007, the Court issued its Order Setting Court Trial and Pretrial
4  Matters, which set the following dates and deadlines:

| | |
|---|---|
| Last day to hear dispositive motions | 10/31/2007 |
| Close of non-expert discovery | 11/5/2007 |
| Last day for expert disclosure | 11/26/2007 |
| Last day for expert discovery | 12/7/2007 |
| Pretrial Conference | 3/4/2008, 4:00 p.m. |
| Trial Date | 3/10/2008, 1 (one) day bench trial |

Whereas on June 25, 2007, the Court issued its Notice and Order Scheduling Settlement Conference, which set a Settlement Conference for August 8, 2007 before Magistrate Judge Maria-Elena James;

Whereas on July 25, 2007, Defendants Kentfield School District and Marin County Office of Education ("Defendants") requested that the Court reschedule the settlement conference because they were unable to attend on August 8, 2007;

Whereas on August 14, 2007, Plaintiff and Defendants (collectively the "parties"), agreed with Judge James' clerk that the settlement conference originally scheduled for August 8, 2007, would be rescheduled for October 23, 2007;

Whereas, at the time the conference was rescheduled, the Court advised the parties that no earlier settlement conference date was available;

Whereas on September 12, 2007, counsel for Defendants received a call from courtroom deputy clerk, Brenda Tolbert, indicating that the settlement conference would need to be rescheduled;

Whereas the parties thereafter agreed that the settlement conference would be rescheduled for October 31, 2007;

Whereas on October 31, 2007, the parties participated in a settlement conference but were unable to reach a settlement in this matter;

1  Whereas the length of the delay between the original date of the scheduled settlement
2  conference, August 8, 2007, and the actual date the settlement conference was held, October 31,
3  2007, was approximately two months and three weeks;
4  Whereas the effect of the stipulated time modifications will be limited to a rescheduling of
5  all relevant dates to approximately ninety (90) days after their previously scheduled dates to
6  account for the delay in participating in the settlement conference;
7  The parties hereto stipulate as follows:
8  / / /
9  / / /
10 / / /

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

3
CASE NO. C 06-06497 BZ
STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER AND PROPOSED ORDER

## STIPULATION

All dates and deadlines previously set by the court in this matter shall be continued as follows:

| Item | Old Date | New Date |
|---|---|---|
| 1. Last day to hear dispositive motions | 10/31/2007 | 1/23/2008 ~~1/31/2008~~ |
| 2. Close of non-expert discovery | 11/5/2007 | 2/4/2008 |
| 3. Last day for expert disclosure | 11/26/2007 | 3/28/2008 |
| 4. Last day for expert discovery | 12/7/2007 | 5/2/2008 |
| 5. Pretrial conference | 3/4/2008 | 8/5/2008 ~~6/3/2008~~ |
| 6. Trial date | 3/10/2008 | 8/18/2008 ~~8/11/2008~~ |

THE PARTIES SO STIPULATE:

DATED: November 8, 2007         VARMA & CLANCY

                                By:  /s/ Bob N. Varma
                                     Bob N. Varma
                                     Attorneys for Plaintiff K.G.


DATED: November 8, 2007         FAGEN FRIEDMAN & FULFROST, LLP

                                By:  /s/ Kimberly A. Smith
                                     Kimberly A. Smith
                                     Attorneys for Defendants KENTFIELD UNIFIED
                                     SCHOOL DISTRICT and MARIN COUNTY
                                     OFFICE OF EDUCATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 9, 2007

                                /s/ Bernard Zimmerman
                                The Honorable Bernard Zimmerman
                                United States Magistrate Judge
                                United States District Court
                                Northern District of California

*IT IS SO ORDERED — Judge Bernard Zimmerman — United States District Court, Northern District of California*

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

4

CASE NO. C 06-06497 BZ
STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER AND PROPOSED ORDER

I, KIMBERLY A. SMITH, am the ECF User whose ID and password are being used to file this STIPULATION TO CONTINUE DATES PREVIOUSLY SET BY COURT IN CASE MANAGEMENT ORDER.  In compliance with General Order 45, X.B., I hereby attest that Plaintiff's counsel, Bob Varma has concurred in this filing.

DATED: November 8, 2007              FAGEN FRIEDMAN & FULFROST, LLP


                                     By:    /s/ Kimberly A. Smith
                                            Kimberly A. Smith
                                            Attorneys for Defendants KENTFIELD UNIFIED
                                            SCHOOL DISTRICT and MARIN COUNTY
                                            OFFICE OF EDUCATION