Bob N. Varma, SBN 173508
bvarma@varmaclancy.com
VARMA & CLANCY
5217 Orchid Ranch Way
Elk Grove, California  95757
Phone: 916-687-3703
Fax: 916-687-3706
*Attorneys for Plaintiff K.G.*

Howard A. Friedman, SBN 61187
hfriedman@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California  90048
Phone: 323-330-6300
Fax: 323-330-6311
*Attorneys for Defendants KENTFIELD SCHOOL DISTRICT AND MARIN COUNTY OFFICE OF EDUCATION*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| K.G., a minor, by and through CYNTHIA G., her Guardian ad Litem,<br><br>Plaintiff,<br><br>vs.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br><br>Defendants. | CASE NO. C 06-06497 BZ<br><br>**NOTICE OF SETTLEMENT; STIPULATION TO DISMISS ACTION IN ITS ENTIRETY; AND ORDER THEREON** |

NOTICE IS HEREBY GIVEN that the parties to this action have reached a full and final settlement.  The confidential settlement agreement has been executed and exchanged between the

K.G. v. Kentfield School District, et al., Case No. C 06-06497 BZ
Notice of Settlement, Stipulation to Dismiss, and
Order Thereon                                                                                                    Page 1 of 3

1  parties. Therefore, the parties hereby stipulate to the dismissal of this action in its entirely, with
2  prejudice and ask that the Court dismiss this action consistent with this stipulation.
3  Respectfully submitted.

4
5  Dated: April 9, 2008                                        Varma & Clancy

                                              By:    /s/ Bob N. Varma
                                                     Bob N. Varma
                                                     Attorneys for Plaintiff *Katherine G.*

10 Dated: April 9, 2008                                        Fagen Friedman & Fulfrost, LLP

                                              By:    /s/ Kimberly A. Smith
                                                     Kimberly A. Smith
                                                     Attorneys for Defendants *Kentfield
                                                     School District and Marin County
                                                     Office of Education*

15      I, Bob N. Varma, am the ECF User whose ID and password are being used to file this
16 Notice of Settlement, Stipulation to Dismiss and Order Thereon. In compliance with General
17 Order 45, X.B., I hereby attest that Kimberly A. Smith has concurred in this filing.

   Dated: April 9, 2008                                        Varma & Clancy

                                              By:    /s/ Bob N. Varma
                                                     Bob N. Varma
                                                     Attorneys for Plaintiff *Katherine G.*

23 //
24 //
25 //
26 //

27 K.G. v. Kentfield School District, et al., Case No. C 06-06497 BZ
   Notice of Settlement, Stipulation to Dismiss, and
28 Order Thereon                                                                    Page 2 of 3

1  This action is hereby dismissed in its entirety, with prejudice.

3  IT IS SO ORDERED.

_____
U.S. District Court Judge

K.G. v. Kentfield School District, et al., Case No. C 06-06497 BZ
Notice of Settlement, Stipulation to Dismiss, and
Order Thereon                                                                                                   Page 3 of 3