1  Bob N. Varma, SBN 173508
   bvarma@varmaclancy.com
2  VARMA & CLANCY
   5217 Orchid Ranch Way
3  Elk Grove, California  95757
   Phone: 916-687-3703
4  Fax: 916-687-3706
   *Attorneys for Plaintiff K.G.*
5
   Howard A. Friedman, SBN 61187
6  hfriedman@fagenfriedman.com
   Kimberly A. Smith, SBN 176659
7  ksmith@fagenfriedman.com
   FAGEN FRIEDMAN & FULFROST, LLP
8  6300 Wilshire Boulevard, Suite 1700
   Los Angeles, California  90048
9  Phone: 323-330-6300
   Fax: 323-330-6311
10 *Attorneys for Defendants KENTFIELD
   SCHOOL DISTRICT AND MARIN COUNTY
11 OFFICE OF EDUCATION*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| K.G., a minor, by and through CYNTHIA G., her Guardian ad Litem,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KENTFIELD SCHOOL DISTRICT, MARIN COUNTY OFFICE OF EDUCATION, and DOES 1-25,<br><br>　　　　Defendants. | CASE NO. C 06-06497 BZ<br><br>**NOTICE OF SETTLEMENT; STIPULATION TO DISMISS ACTION IN ITS ENTIRETY; AND ORDER THEREON** |

　　　NOTICE IS HEREBY GIVEN that the parties to this action have reached a full and final settlement.  The confidential settlement agreement has been executed and exchanged between the

K.G. v. Kentfield School District, et al., Case No. C 06-06497 BZ
Notice of Settlement, Stipulation to Dismiss, and
Order Thereon                                                                                                      Page 1 of 3

1  parties. Therefore, the parties hereby stipulate to the dismissal of this action in its entirely, with
2  prejudice and ask that the Court dismiss this action consistent with this stipulation.
3  Respectfully submitted.

4

5  Dated: April 9, 2008                                      Varma & Clancy

6
7                                              By:    /s/ Bob N. Varma
                                                      Bob N. Varma
8                                                     Attorneys for Plaintiff *Katherine G.*

9

10 Dated: April 9, 2008                                      Fagen Friedman & Fulfrost, LLP

11

12                                             By:    /s/ Kimberly A. Smith
                                                      Kimberly A. Smith
13                                                    Attorneys for Defendants *Kentfield
                                                      School District and Marin County
14                                                    Office of Education*

15      I, Bob N. Varma, am the ECF User whose ID and password are being used to file this
16 Notice of Settlement, Stipulation to Dismiss and Order Thereon. In compliance with General
17 Order 45, X.B., I hereby attest that Kimberly A. Smith has concurred in this filing.

18
   Dated: April 9, 2008                                      Varma & Clancy
19

20                                             By:    /s/ Bob N. Varma
                                                      Bob N. Varma
21                                                    Attorneys for Plaintiff *Katherine G.*

22

23 //
24 //
25 //
26 //

27 K.G. v. Kentfield School District, et al., Case No. C 06-06497 BZ
   Notice of Settlement, Stipulation to Dismiss, and
28 Order Thereon                                                                    Page 2 of 3

1   This action is hereby dismissed in its entirety, with prejudice.

3   IT IS SO ORDERED.

4   DATED: 4/14/2008



6   _____
7   U.S. District Court Judge

27  K.G. v. Kentfield School District, et al., Case No. C 06-06497 BZ
    Notice of Settlement, Stipulation to Dismiss, and
28  Order Thereon                                                      Page 3 of 3